# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN F. BRASCH et al., | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A. et al., | : | No. 17-3263 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 31st day of July, 2018, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 21), the Response in Opposition (Doc. No. 27), the Reply in Support (Doc. No. 29), the Surreply (Doc. No. 30), oral argument held on July 16, 2018, and the Supplemental Memorandum (Doc. Nos. 32 & 33) it is **ORDERED** that the Motion for Summary Judgment (Docket No. 21) is **GRANTED** as outlined in the Court's July 31, 2018 Memorandum Opinion.

The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE